IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-1889-AP**

**MARIAH GRAGERT,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

# ORDER

Kane, J.

The Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, (doc. #22), filed March 12, 2010, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, attorney fees in the amount of **$8,381.56**.

Dated at Denver, Colorado, this 23rd day of March, 2010.

        BY THE COURT:

        *S/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT