IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-1889-AP**

**MARIAH GRAGERT,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Unopposed Motion by Defendant to Alter or Amend the Order Granting Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 (doc. #24), filed March 26, 2010, is **GRANTED**. The March 23, 2010 Order Awarding Attorney Fees (doc. #23) is **VACATED**. It is

**FURTHER ORDERED** that the Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #25), filed March 26, 2010 as a Stipulation, is **APPROVED**. Defendant shall pay to Plaintiff, through counsel, attorney fees in the amount of **$6,500.00**.

Dated at Denver, Colorado, this 29th day of March, 2010.

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT